**Order entered June 10, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00701-CV

### IN RE: DONALD GENE BLANTON, Relator

**Original Proceeding from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 23,592-86**

## ORDER

Based on the Court's opinion of today's date, we **DISMISS** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/     JIM MOSELEY
         JUSTICE